## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WRIGHT & FILIPPIS, INC.,

      Plaintiff/Counter-Defendant,

                            Case No. 15-13570

v.

                            Hon. Avern Cohn

LINCARE INC.,

      Defendant/Counter-Plaintiff.

_____/

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

      Upon the parties' stipulation as set forth below, and the Court being otherwise fully advised in the premises:

      IT IS HEREBY ORDERED that all claims and counterclaims in the above-captioned action are dismissed with prejudice and without costs or attorneys fees.

      IT IS SO ORDERED this 6th day of July, 2016.

                        s/Avern Cohn
                        U.S. DISTRICT COURT JUDGE

We hereby stipulate to the entry of the above Order.


/s/ Matthew J. Lund (w/ permission)

Matthew J. Lund (P48632)

Brett Gelbord (P79312)

PEPPER HAMILTON LLP

4000 Town Center, Suite 1800

Southfield, MI 48075

(248) 359-7300

lundm@pepperlaw.com

Attorneys for Defendant/Counter-
Plaintiff Lincare Inc.

Dated: July 5, 2016

/s/ Nicholas B. Gorga

Nicholas B. Gorga (P72297)

Roger P. Meyers (P73255)

Andrew M. Pauwels (P79167)

HONIGMAN MILLER SCHWARTZ
AND COHN LLP

2290 First National Building

660 Woodward Avenue

Detroit, MI 48226

(313) 465-7640

ngorga@honigman.com

Attorneys for Plaintiff/Counter-
Defendant Wright & Filippis, Inc.

Dated: July 5, 2016

#39701220 v1 (143671.2)

-2-